File "Top Secret" National Security level Secret.

Plaintiff,
Curtis McGuire

vs.

Defendants,
U.S. President Donald Trump, The U.S. Police Department, The U.S. Government, Director of the F.B.I., Director of the C.I.A., The U.S. Marshalls, The U.S. Military

Need federal Judge Approval Defense Department.

[Settlement Agreement]

2:25-CV-201-Z-BR

Civil Lawsuit
"Top Secret"

SEP 4 2025 PM 1:06
FILED — USDC — NDTX — AM

Plaintiff sues the above defendants for [100 million U.S. dollars] in damages for the abuse of our countries secrets.

The Acts done:

• The rape of Angelica Phoummyphard, obstruction of justice, pain and suffering [psychological torture] done to Angelica Phoummyphard, and especially from age 18 until now.

• Abuse of our countries secrets to carry out a Government Conspiracy (lie) a statement. Use of

Page 1 of 3

a biological weapon (COVID-19). A war crime.

- The Government illegally forced Angelica Phoummyphard to use drugs and party [marijuana] and used it against me in a court proceeding. In the Civil/Family Court of Fort Bend County.

  The Aryan Brotherhood made her flee and move from her residence. This caused her and me to lose contact and disrupt our court proceeding. She was purposely made not to appear in court.

  This caused her and me to lose custody of our daughter, Alyssa Phoummyphard, and our rights. I would have won had she appeared with Alyssa. They illegally used our countries secrets to take away my rights to Alyssa Phoummyphard.

- They illegally used the same thing on Angelica that sex workers have; such as a prostitute or child sex trafficker. She was sex trafficked. And the police did nothing even after I made a report. The U.S. Marshalls did nothing even after I made a report to the federal Court.

- In reparations for a war crime: Open a bank account in my name and deposit 100 million dollars in my name [Curtis James McGuire] SSN: 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.

Page 2 of 3

- The reasons for the money will be kept secret by me.

- Will use the money to live and do business to generate tax dollars to get the Government what they want. Will work diligently to grow the fund and promote our national security.

- If Angelica Phoummyphard can't satisfy me sexually [50 million U.S. dollars]. This is to be determined; after sexual contact.

Dated: 8/24/2025   Signed: Curtis McGuire

Curtis McGuire # 2004589
San Saba Unit
206 S. Wallace Creek Rd.
San Saba, TX 76877

Page 3 of 3



Curtis McGuire #2004589
San Saba Unit
206 S. Wallace Creek Rd.
San Saba, TX 76877

Legal
Mail

Clerk
United States District Court
Northern District of Texas
205 S.E. 5th Ave., Room 133
Amarillo, TX 79101

RECEIVED
SEP - 4 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

ABILENE TX 796
27 AUG 2025 AM 2 L